**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ABDOUL MALIK TAHIROU, | : |
|   Plaintiff, | :      CASE NO. 3:20-CV-00281 (SVN) |
| v. | : |
| NEW HORIZON ENTERPRISES, LLC; ELIZABETH "BETTY" JOHNSON; and JANELLE LESINKSY, | : |
|   Defendants. | : |

## **DEFAULT JUDGMENT AS TO NEW HORIZON ENTERPRISES, LLC**

Default under Fed.R.Civ.P.55(a) having been entered against Defendant New Horizon Enterprises, LLC on March 23, 2023, and

The Plaintiff having filed a motion for default judgment pursuant to Fed.R.Civ.P.55(b) on May 18, 2023 and the Honorable Thomas O. Farrish, United States Magistrate Judge, having issued a recommended ruling granting the motion for default judgment on August 3, 2023 and the Honorable Sarala V. Nagala, United States District Judge, having adopted the recommended ruling in full, granted the motion for default judgment, and directed the Clerk of Court to enter judgment against New Horizon immediately, as there is no just reason for delay pursuant to Fed.R.Civ.P.54(b) on September 18, 2023, it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment be and is hereby entered against New Horizon Enterprises, LLC in the amount of $178,819.81 plus $1,706.57, reflecting prejudgment interest of $36.31 per day from the date of the recommended ruling to the Order, for a total of $180,526.38.

Dated at Hartford, Connecticut, this 22nd day of September, 2023.

                                      DINAH MILTON KINNEY, Clerk

                                      By: /s/ Michael Bozek
                                            Michael Bozek
                                            Deputy Clerk

Entered on Docket: 9/22/2023